IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Civil Action No.: 3:11-cv-01104-JFA

| | |
|---|---|
| A.A.O. Investments, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Safeco Insurance Company of America,<br><br>    Defendant.<br><br>Safeco Insurance Company of America,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>Ophelia Rattary,<br><br>    Third-Party Defendant. | **ORDER** |

  THIS CASE COMES BEFORE this Court on the application of the Third-Party Plaintiff for a judgment by default against Third-Party Defendant, Ophelia Rattary and on the Third-Party Defendant Ophelia Rattary's Motion to Set Aside Default and to Dismiss Third-Party Action and to Allow Third-Party Defendant to File an Answer and Counterclaim. The parties have reached a resolution of these motions. Specifically, the parties agree that Ophelia Rattary is a person required to be joined under Fed. R. Civ. P. Rule 19(a)(1)(B). The parties have further agreed that Ophelia Rattary should be re-aligned as a Plaintiff in this matter rather than appear as a Third-Party Defendant. Accordingly, Third-Party Plaintiff has agreed to withdraw its motion for default judgment against Ophelia Rattary, rendering Third-Party Defendant Ophelia Rattary's

Motion to Set Aside Default and to Dismiss Third-Party Action and to Allow Third-Party Defendant to File an Answer and Counterclaim moot.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) The entry of default against Ophelia Rattary shall be stricken from the docket;

(2) The Third Party Complaint is deemed stricken and need not be answered. If Ms. Rattary wishes to assert her position in this action, she should do so in a new complaint filed and served on Safeco. Safeco may respond as it deems appropriate.

(3) The caption shall be amended to remove Ophelia Rattary as a Third Party Defendant in this matter;

(4) Both Safeco Insurance Company of America's Motion for a Judgment by Default against Ophelia Rattary and Ophelia Rattary's Motion to Set Aside Default and to Dismiss Third-Party Action and to Allow Third-Party Defendant to File an Answer and Counterclaim are hereby moot.

(5) Each party shall bear their own costs.

(6) The hearing set for September 2, 2011 is cancelled, and the Clerk shall mark the motions (ECF Nos. 18 & 19) moot.

IT IS SO ORDERED.

September 1, 2011                              Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge