FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Civil Action No.: 3:11-cv-01104-JFA

| | |
|---|---|
| A.A.O. Investments, Inc.<br><br>    Plaintiff,<br><br>vs.<br><br>Safeco Insurance Company of America,<br><br>    Defendant. | **ORDER** |
| Safeco Insurance Company of America,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>Ophelia Rattary,<br><br>    Third-Party Defendant. | |

This Court hereby clarifies its previous order entered on September 1, 2011 (ECF No. 29) and directs Ophelia Rattary, a previous third-party defendant of this case, to file a complaint as an intervening Plaintiff in the spirit of the parties' agreement to realign the parties in this case. Ophelia Rattary has seven (7) days from the date of this order in which to file her intervening complaint and to serve it on Safeco. When Rattary files an intervening complaint as directed in this order, the Defendant, Safeco, will have an opportunity to re-assert its claims against Rattary by way of a counterclaim.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) Former Third Party Defendant, Ophelia Rattary, shall file an Intervening Complaint as an Intervening Plaintiff within seven (7) days of the date of this Order.

(2) At the time that the Intervening Complaint is filed by Ophelia Rattary, it shall be designated as such by the Clerk of this Court. And Ophelia Rattary shall be designated as the Intervening Plaintiff.

(3) Defendant's Motion for Clarification and Modification (ECF No. 33) is hereby granted.

IT IS SO ORDERED.

September 22, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge