IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| A.A.O. Investments, Inc., <br> Ophelia Rattary, | ) <br> ) <br> ) | C/A No.: 3:11-cv-01104-JFA |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | **ORDER REGARDING** |
| Safeco Insurance Company of <br> America, | ) <br> ) <br> ) | **WITHDRAWAL OF** <br> **PLAINTIFF'S COUNSEL** |
| Defendant. | ) <br> ) | |
| _____ | ) | |
| Safeco Insurance Company of <br> America, | ) <br> ) <br> ) | |
| Counter Claimant, | ) <br> ) | |
| vs. | ) <br> ) | |
| A.A.O. Investments, Inc., <br> Ophelia Rattary, | ) <br> ) <br> ) | |
| Counter Defendants. | ) <br> ) | |
| _____ | ) | |

Attorney Karl S. Brehmer of Brown and Brehmer, has moved to withdraw as counsel

for the plaintiff, A.A.O. Investments Inc.  It appears that the attorney-client relationship

between Brehmer and Ulysses Simpkins, the principal of A.A.O. Investments, Inc., has

deteriorated to the point that Brehmer cannot effectively represent A.A.O. Investments, Inc.

According to Brehmer's motion, the relationship with Simpkins has deteriorated to the point

that communication is ineffective, and the client has lost confidence in his counsel of record.

As such, Simpkins wishes the counsel of record to be relieved as attorney of record in this

case. Both Brehmer and Simpkins have submitted affidavits verifying the irreconcilable conflict between them and asking this court to remove Brehmer as counsel of record.

The court will allow the client fifteen (15) days from the entry date of this order within which to mail the court notice of the identity of replacement counsel. Because A.A.O. Investments, Inc. is a corporation, the court hereby gives notice that a corporation may not appear through its corporate officers but may only appear in United States District Court through an attorney duly licensed to practice in this district. *E.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

To this end, the client shall, within fifteen days from entry of this order, complete the attached Notice and mail it to the Clerk of Court at the address indicated. If the client fails to mail the attached letter to the clerk within the time prescribed, the court may strike the plaintiff's complaint. This means that the plaintiff will not be able to recover from the defendant. The postmark date will be determinative of the date mailed.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 13, 2012                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge

Karl S. Brehmer
Brown and Brehmer
P.O. Box 7966
Columbia, SC 29202
(803) 771-6600

The Honorable Larry Propes
Clerk of Court
United States District Court
1845 Assembly Street
Columbia, South Carolina  29201-2455

In Re:     3:11-cv-01104-JFA  A.A.O.  Investments,  Inc.,  et  al.  v. Safeco Insurance
Company of America

Dear Mr. Propes:

In response to Judge Anderson's order, I wish to advise as follows:

I have obtained a new attorney to represent me in this matter.  This
attorney's name, address, and telephone number are as follows:

_____

_____

_____


**Note: a corporation must retain counsel.**

_____
Signature of Client