IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| A.A.O. Investments, Inc., <br> Ophelia Rattary, <br><br>            Plaintiffs, <br><br> vs. <br><br> Safeco Insurance Company of America, <br><br>            Defendant. <br> _____ <br> Safeco Insurance Company of America, <br><br>            Counter Claimant, <br><br> vs. <br><br> A.A.O. Investments, Inc., <br> Ophelia Rattary, <br><br>            Counter Defendants. <br> _____ | C/A No.: 3:11-cv-01104-JFA <br><br> **ORDER EXTENDING TIME <br> TO RETAIN COUNSEL** |

For good cause shown, this court extends the time for A.A.O. Investments, Inc., a plaintiff and a counter defendant in this case, to retain counsel. This court hereby orders that A.A.O. Investments, Inc. will have until February 15, 2012 to retain counsel and to notify the court by completing and mailing the notice attached in this court's previous Order Regarding Withdrawal of Plaintiff's Counsel (ECF No. 60).

    IT IS SO ORDERED.

January 31, 2012                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge